IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALLISON LINKO,

    Plaintiff,

v.                                         3:14-CV-01331
                                            (Judge Mariani)

MDA CAPITAL, INC., et al.,

    Defendants.

## ORDER

AND NOW, THIS **6th** DAY OF MARCH, 2015, upon consideration of Defendant's Motion to Dismiss, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Dismiss (Doc. 5) is **GRANTED**.

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE AND WITH LEAVE TO AMEND**.

3. Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order in which to submit an amended complaint that corrects the defects cited in the Court's accompanying Memorandum Opinion.

Robert D. Mariani
United States District Judge